UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. 12-CV-22302 ALTONAGA/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED by [illegible] D.C
JUN 20 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Steven Kirkland, Emmanuel Velazquez,
Plaintiffs

-V-

Alonzo Perkins, Assistant Warden Everglade State Prison; Christopher Barnett, Correctional officer At Everglade State Prison, individually and in their offical Capacites
Defendants

Civil Action NO. ______

COMPLAINT

cat / div 1983/550/Dade
Case # ______
Judge ______ Mag White
Motn Ifp yes Fee pd $ ——
Receipt # ______

# I. JURISDICTION & VENUE

1. This is a Civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of State LAW, of rights Secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff Kirkland Seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Kirkland's claim for injunctive relief authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The SOUTHERN DISTRICT of Florida is an appropriate Venue under 28 U.S.C Section 1391 (b)(2) because it is Where the Events giving rise to this claim occurred.

# II. PLAINTIFFS

3. Plaintiff Steven Kirkland, is and Was at all times mentioned herein a prisoner of the State of Florida in the Custody of the Florida Department of Correction. He is currently Confined in Everglade correction Institution, in Miami Florida

4. Plaintiff Emmanuel Velazquez is and Was at all times Mentioned herein a prisoner of the State of Florida in the custody of the Florida Department of Correction. He is Currently Confined in Everglades correctional Institution, in Miami, Florida

# III. DEFENDANTS

5. Defendant Alonzo Perkins is the Assistant Warden of Everglades Correctional Institution. He is legally resonsible for the operation of Everglade correctional Institution and for the Welfare of all the Inmates in that Prison.

6. Defendant christopher Barnett is a correctional officer of the Florida Department of Correction Who, at all times mentioned in this Complaint, held the rank of Sergeant and assigned to Everglade Correctional Institution. At All times Mentioned in this complaint Each Defendant Acted Under Color of State LAW.

# III. FACTS

7. At all times relevant to this case, Plaintiffs Steven Kirkland and Emmanuel Velazquez Sheared a cell in confinement, Intell Plaintiff Emmanuel Velazquez Was remove from cell-201, up stairs

8. Defendant christopher Barnett assign to Work Confinement Building. Routinely used racially charged language towards Inmates In confinement. Barnett Would use racially offensive remarks towards Velazquez Specifically targetting Him in particular, Calling Him "Wet BACK Bitch and other Discriminatory racial offensive Degrading names.

9. But Inparticular Employee Barnett, Would specifically target Kirkland By unWanton Sexual advances and Calling Kirkland Homosexual Degrading names Often When Employee Barnett Work, While Conducting His Security check

10. Barnett Would Deliberately Call Kirkland Homosexual names and velazquez racial Epithets against velazquez Prior to this on going occurrence of racial ABUSE and Sexual Harrassment By Employee Barnett

11. On May 9, 2012, Defendant christopher Barnett. Employee Staff Sergeant Barnett assign to Work Confinement Dorm; sexualy Assaulted Kirkland in the presence of velazquez, While Putting Kirkland in his cell. After Being Seen by Medical Personnel

12. Employee Barnett While removing hand restraint, from Kirkland risk Barnett Deliberately reach in Grabbed Kirkland, buttocks in a very Explisive Sexual Way. While Stateing Dont Slip N-Fall on Your Roomate Dick velazquez oBserve the following Incident and Reported it.
I Kirkland reported it as Well That Grievance is Attached as Exhibit (A)

13. On MAY 11, 2012, Defendant christopher Barnett Entered Kirkland and velazquez's cell to Remove velazquez because his Disciplinary Status Was up While Kirkland and velazquez Was out-side the cell

Exhibit (A)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Mail Number: ______
Team Number: ______
Institution: ______

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ Dental ☑ Other Inspector General

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Steven Kirkland | R22098 | F4 - 201 | N/A | 5-9-12 |

## REQUEST

Check here if this is an informal grievance ☑

I Respectfully, Request to speak with inspector General Regarding Sexual Harrasment Sexual Gesture, and Sexual Comments, Remark by Employee Staff Sergeant Barrett. Assign to work confinement Dorm this incident tooch Place around Approximately 11:30-11:45 Am, right before lunch Quad 4, F-Dorm, up stairs Room 201, Employee Barrett, Stated While putting Inmate Steve Kirkland in his cell While observing Water on cell Floor, Stated Dont slip N-Fall on Your Roomates Dick, While Removing Hand Restraint, From My risk, Employee Staff Member Sergeant Barrett reach in Grab My Ass, threw the Door Flap. I Have a witness My cell Mate Velazquez, Emmanuel DC number C02674, observe this, He observe this incident Happening, also While leaving Employee Barrett Stated Does anyone in the quad want some Fucking Monkeys, Fucking eachother in Room 201, While Doing his rounds all the Inmates herd this 209-101-11-1, Everone herd this comments, Remarks

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: ______

[The following pertains to informal grievances only:

Based on the above information, your grievance is ______. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form a required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden n later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective )

Incorporated by Reference in Rule 33-103.019, F.A.C.

# III. FACTS

14. That Sam day, Employee Barnett Search Kirkland and Velazquez Cell in their Presence, and did not uncover any contraband. Indeed there Was no contraband in their cell. After completeing the Search,

15. Employee Barnett begin His Harrassment and threw Kirkland Family Pictures and Mail Down the toilet,

16. Barnett also Remove all Kirkland copies of Informal Grievances against him regarding Sexual Harrassment and Racial Slurs

17. Barnett also Remove all Kirkland Request forms and 303 Forms, use to file Grievances so Kirkland Couldn't Report and File anymore Grievances.

18. That same day. Barnett then Placed Kirkland Back in his cell 201, and then Placed Velazquez on AC-Side of confinement, Leaving Kirkland alone in his cell!

19. What Happen next Barnett Was conducting his Security check, Barnett begin His Sexual Harassment, Barnett Stated Bend that BLACK Ass over let Me See Something, While Barnett Was at Kirkland Cell Door, Barnett Deliberately threaten Kirkland, by stateing "If you Dont Do What I Said um'ma Spray your BLACK ASS. That grievance is attached as Exhibit (B)

20. Employee Barnett Deliberately threaten Kirkland if Kirkland Wouldn't Do the Sexual-ACT; He Would Maliciously Use chemical Agents on Kirkland Which Barnett Stated "If you Dont Do What I said um'ma Spray your BLACK ASS and that's when Barnett, unlocked Kirkland cell Flap Door and Maliciously use chemical Agents To Cause Physical Harm to Kirkland

21. upon information and belief Barnett Deliberate use of chemical Agents violated the Policy of the Florida Department of LAW Enforcement (FDLE) Approved training for Certified Correctional officers; Barnett Malicious Action and Sadistically behavior, and Routine use of Racial Slurs and Sexual harrassment and Sexual ASSAUlt is not in Accordence With Develop Policies and Procedure Requirements of the (FDLE)

Exhibit (B)

**INMATE REQUEST** **DEPARTMENT OF CORRECTIONS**

Mail Number:
Team Number:
Institution:

Exhibit (B)

**TO: (Check One)** ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ Dental ☑ Other Inspector

| **FROM:** | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Steve Kirkland | R22098 | F4-201 | N/A | 5-11-12 |

**REQUEST** See Attachments  Check here if this is an informal grievance ☑

I Request Respectfully to speak with inspecter General Regarding sexual Harrasment and Destruction of my Property; By Employee STAFF Barnett, on 5-11-12, This DAY; Approximately 1:30pm after lunch, Employee Barnett Pull Me and Emmanuel Velazquez DC# C02674; out of the cell 201, Employee Barnett Begin His Harrasment By shearching My Cell and threw all my Family Pictures and Mail Down the toylet Employee Barnett also Remove all my copyies of Informal Grievances against him from my cell and took all my Request forms and 303 form, So I couldn't File anymore Grievance; The camera will show all thee aforemention Events; He then Put my cell mate on A-side confinement, Emmanuel Velazquez Because his DR. Status was up, While House alone, What Happen Next Approximately 2:00pm; Employee Barnett While conducting security check He Was Walking By "He said Bend that Black Ass over, Let me see something." I said No sgt. I Don't Get Down like That; at one Point he stop at my cell Dore, Calling me names "Quote: If you Don't Do what I

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 12-05-69 **DATE RECEIVED:** RECEIVED MAY 15 2012 BY:

Mr. Kirkland,
This has been forwarded to the office of Inspector General for review and handling. At this point, please consider your grievance approved.

**[The following pertains to informal grievances only:**

**Based on the above information, your grievance is** Approved **(Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]**

Official (Signature): [signature] Date: 5-17-12

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

Cataldi

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective )

Incorporated by Reference in Rule 33-103.019, F.A.C.

Grievance Continuation Form

I Said UM Gonna spray your Black Ass. Then He said umma show you What uma Do to Faget Mother Fuckers; He Pull the can out and Proceeded to use chemical Agents; He unlocked My Flap and luckily I grab my Matt and covered said Flap; Now Captain Hines At Approximately Time of incident Told him; Employee Barnett Stand Down until I Get their 10-9 which was 20 minutes I spent the entire time keeping Both Hands on my Matt covering the Flap to Prevent the spray chemical Agent from Harming Me When the captain Ask Employee Barnett Why Did He disregard his order He responded the Inmate was getting ready to cut himself; Note No cuts were ever oBserve on my Person and No cutting untensiles were confiscated from My cell. Employee Barnett Retaliated against Me. Ever since last week Ive ~~[illegible]~~ filed and submitted Informal Grievances against his Homosexual Degarding Remarks and Use of Racial slurs on the JoB. Employee Barnett Deliberately Retaliated By useing chemical Agents on Me And Deliberately Lied to Captain Hines ABout Me Harming My self; Employee Barnett Deliberately sprayd Me Because of the Grievances He found in my cell with His name on them and Documentation of All ~~[illegible]~~ his Statements, and Remarks He has made toward me Befor today I Have Reported The numbers of Grievance Incidents involving Harrassment By submitting serval Grievances. Befor today I Even Notified Captain Hines Yesterday 5-10-12, and Mention Whats been Going ON, Prior to this incident.

Under penalty of perjury I declare the forgoing Facts are true, correct and complete.

[signature] R22079
Signature AND DC #

Date 5/11/2012

# III. FACTS

22. Defendant Alonzo Perkins failed to Act With prompt Diligance address the above Complaint, By Inmates and Reduce Exposure of Future Substantial risk of Incident's involving Exposure of Sexual Harrassment and Racial ABuse involving Employee Barnett

23. Upon Information and belief this is not the first Incident or occurrence of Complaints against Employee Barnett that Perkins Knew ABout.

24. Perkins Acted With deliberate indifference to Employee Barnett Malicious Actions and Sadistically behavior and Continued Routine, use of Racial slurs and Sexual Harrassment, Sexual ASSAUlt not in Accordence With Develop Policies and Procedure Requirements of the (FDLE); The Chemical Agents Employde Maliciously Caused Physical Injury Deliberately Harm by Prison offical Barnett

25. Perkins Acted With deliberate indifference to a prison Condition. Farmer V. Breman, 511 U.S. 825, 835 (1994)

26. Perkins Expose Kirkland to an unreasonable risk of Serious harm. Talal v. White, 403 F.3d 423 (6th Cir. 2005)

27. Prison officials violate the Eight Amendment When they act With deliberate indifference to a prison Condition that Expose a prisoner to an unreasonable risk of Serious harm. Helling V. McKinney, 509 U.S. 25, 33 (1993)

28. Perkins refusal to reassign Employee Barnett; to Different JOB Placement Or otherWise End Kirkland Exposure to mistreatment amounts to deliberate indifference to an unreasonable risk of Serious harm in violation of the Eight Amendment. Which led to a major Incident on 5-11-2012, Involving Employee Barnett.

## IV. EXHAUSTION OF LEGAL REMEDIES

29. Plaintiff Kirkland Used the Prisoner Grievance Procedure available at Everglade Correctional Institution to try and Solve the Promlem. on May 9, 2012 Plaintiff Kirkland Presented the FActs relating to this Complaint. on May 15, 2012 Plaintiff Kirkland Was sent a response Saying that the Grievance had been Approved, But no Action has been taken to solve the Problem. on May 15, 2012 Plaintiff Kirkland Submitted more complaints. He received a response Saying Approve, But No Action has been taken. Kirkland then Notifice tallahassee Bureau of Inmate Grievance. Kirkland Grievance are Attached as Exhibit (C) He received No response.

30. Plaintiff velazquez also used the prisoner grievance procedure available at Everglade State Prison to try and solve the problem. on May 9, 2012 Plaintiff velazquez presented the FActs relating to this complaint. He received No response concerning velazquez Grievance.

## V. LEGAL CLAIMS

31. Plaintiff reallege and incorporate by reference paragraphs 1-31.

32. Defendant Barnett use discriminatory racial Epithets against Plaintiff velazquez by specificaly targetting him in particular When Plaintiff velazquez Was not violating any Prison Rule, and Was not Acting disruptively, treating Plaintiff velazquez different than White Prisoners discriminating against him because of his race and Ethnicity. Defendant Barnett Action Violated Plaintiff Velazquez's rights under the Fourteenth Amendment to the United States Constitution, and Cause Plaintiff velazquez, Pain, suffering and emotional Distress.

33. Defendant Barnett sexualy Assaulted, and used excessive Force against Plaintiff Kirkland by Malicious use of chemical Agents on him to Cause Deliberate harm, When Plaintiff Kirkland Was not violating any Prison Rule, and Was not Acting disruptively. Defendant Barnett Action violated Plaintiff Kirkland's rights under the Eighth Amendment to the United States Constitution, and Caused Plaintiff Kirkland Pain, Suffering, Physical injury and emotional distress.

Exhibit (C)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From: Kirkland Steven C — R22098 — Everglades C.I.
Last First Middle Initial — Number — Institution

Part A – Inmate Grievance

Here At, Everglades Correctiona Institute; I've submitted 5, Informal Grievance to Everglades Institution, Concerning Sexual Harrassment, use of Racial slurs, and Sexual Assault By Employee Barnett christopher; This Institution Refuse to Acknowledg and Take Action Regarding Severial numerious complaints of sexual Harrassment, use of Racial Slurs Sexual Assult; I recently Reported on 5-9-12, Sexual Assault Incident; Witness by my cellmat Emmanuel Velazquez DC# C02674; No Action Was taken By Everglades C.I, Befor today I Have Reported the number of Grievences Incident Involving Harrassment, By submitting Severial Grievances, Befor today. I Even notifed Captain Hines yesturDAy 5-10-12 and Mention Whats been Going on PrioR to this Major Incident. on 5-11-12 Employee Barnett christopher, Maliciously and Sadistically cause harm to me; his Deliberate use of chemical Agents, violated the Policy of the (FDLE) Approved training For certified correctional officers, Employee Barnett christopher Malicious Action and Sadistically behavior, and continue Routine use of Racial slurs and sexual Harrassment, and sexual Assult, is not in Accordance with Develop Policies and Procedures Requirements of the (FDLE) The chemical Agents Employed Maliciously caused Physical Injury Deliberately Harm By Prison offical Barnett; I've submitted Severial Grievances to inspector General; to No avial, No Action Has been Taken; The Employee Staff Barnett christopher Continues, to Retaliate Against me, By Perjury Making False Statement Disciplinary Reports I want to Press charges on Employee Barnett christopher, For sexual Assault and ongoing Harrassment; Please take Action Regarding This matter. I AM in imminent danger of serious Physical injury. By Employee Barnett christopher

under penalty of Perjury, I declare the foregoing Facts are true and complete.

5-12-12
DATE

Steven Kirkland R22098
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ / ____
# Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary ...

**INMATE REQUEST** DEPARTMENT OF CORRECTIONS Mail Number: Team Number: Institution:

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ Dental ☑ Other LAW LIBRARY

Exhibit (D)

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Steven Kirkland | R22098 | F3-106 | N/A | 5-14-12 |

**REQUEST** Check here if this is an informal grievance ☑

Informal Grievance: Concerning: Racial slurs Made By Employee Staff Barnett Today 5-14-12 while Employee Barnett conducting 30 minute checks, colord Boy you like being sprayd, I "quote" made this statement towards me, Chapter 33 States: You'll be Address by Inmate OR Name by Identification Tag Not By Degrading Racial Remarks, This Employee continues his Routine Behavior on the JOB use of Racial slurs

under penalty of perjury, I declare the foregoing Facts are true, correct and complete

Steven Kirkland 5-14-12

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

**RESPONSE** 12-05-81 DATE RECEIVED: RECEIVED MAY 15 2012

Your allegations towards Sergeant Barnett are being investigated.

[The following pertains to informal grievances only:

Based on the above information, your grievance is __________ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] Date: 5/17/12

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective )

Incorporated by Reference in Rule 33-103.019, F.A.C.

## V. LEGAL CLAIMS

34. Defendant Perkins refusal to reassign Defendant Barnett to Different JoB Placement or otherWise End Plaintiff Kirkland Exposure to mistreatment amounts to deliberate indifference to an unreasonable risk of serious harm in violation of the Eight Amendment. Defendant Perkins is also violating Plaintiff Kirkland's rights under the Eight Amendment to the United States Constitution and causing Plaintiff Kirkland, Pain, suffering, Physical injury and emotional distress.

35. By threating Plaintiff Kirkland With physical violence for Exercise of his right to seek redress from the prison through use of the prison Grievance System, Defendant Barnett is retaliating against Plaintiff Kirkland unlawfully, in violation of Plaintiff Kirkland's rights under the first Amendment to the united States Constitution. These illegal action are causing Plaintiff Kirkland injury to his First Amendment rights. That grievance is attached as Exhibit (E)

36. Plaintiff Kirkland has no plain, adequate or complete remedy at LAW to redress the Wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the Conduct of the defendants unless this court grants the declaratory and injunctive relief Which Plaintiff Seeks.

## VI. PRAYER FOR RELIEF

WHEREFORE, plaintiffs respectfully pray that this court enter judgment:

1. Granting Plaintiff Kirkland a declaration that the act and omissions described herein Violate his rights under the Constitution and LAW of the united States, and

2. A preliminary and permanent injunction ordering defendants Barnett to cease their Action and behaviors and threats towards Plaintiff Kirkland, and

3. Granting Plaintiff Kirkland Compensatory damages in the amount of $ 50,000 against each defendant, jointly and servercally.

4. Plaintiff Velazquez seeks compensatory damages of 5,000 against defend Barnett only.

**INMATE REQUEST**

Team Number:
Institution:

Exhibit (I)

**TO: (Check One)**
- [ ] Warden
- [x] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [x] Other LAW LIBRARY

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Steven Kirkland | R22098 | F3 106 | N/A | 5-15-12 |

**REQUEST** Check here if this is an informal grievance [x]

Informal Grievance Concerning the following Harrassment and Verbal threats made By Employee STAFF Barnett, Assign to work F-Dorm confinement Time Approximately 8:00 AM, I'm currently House in Quad 3, cell 106 next To the BACK Door; Employee Barnett while conducting security check, came threw the BACK Door; STated to Me, Um ma Kill Yo Black Ass, At my cell-Door 106, and Proceeded to walk away from my cell-Door. This Happen Today 5-15-12.
under Penalty of Perjury, I declare the foregoing Facts are true and complete. Steven Kirkland
I feel unsafe in this environment, Employee Barnett Has already tried deliberately to use chemical Agents on me, and Now Employee threaten My Life.
The Bureau of tallahassee, will be notified Immediately; My Family will Be contacting tallahassee, and Calling and complain about This Employee STAFF; The camera will show aforementioned Events; of Employee Barnett conducting his rounds security check.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 12-05-82 **DATE RECEIVED:** RECEIVED MAY 15 2012 BY:

This matter is already being investigated.

**[The following pertains to informal grievances only:**

**Based on the above information, your grievance is ______ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]**

Official (Signature): [signature] Date: 5/17/12

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective )

Incorporated by Reference in Rule 33-103.019, F.A.C.

## VI. PRAYER FOR RELIEF

5. Both Plaintiffs seek punitive damages in the amount of $ 50,000. Plaintiff Kirkland seeks these damages against Each defendant, jointly and severall; Plaintiff velazquez seeks damages only against Defendant Barnett.

6. Plaintiffs also seek a jury trial on all issues triable by jury,

7. Plaintiffs also seek recovery of their cost in this suit, and

8. Any additional relief this court deems just, proper, and equitable.

Dated: 6-14-2012

Respectfully submitted,

Steven Kirkland # R22098
Everglade correctional Institution
1599 S.W. 187th Avenue
Miami, Florida 33194

Emmanuel velazquez # C02674
Everglade Correctional Institution
1599 S.W. 187th Avenue
Miami, FL 33194

## VERIFICATION

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, Except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Everglades correctional Institution on 6-14-2012